UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gary Scherer, | Civ. No. 24-180 (JWB/LIB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| MSP Bloomington LLC *d/b/a* Home 2 Suites By Hilton Mall of America, | |
| Defendant. | |

The plaintiff and MSP Bloomington LLC *d/b/a* Home 2 Suites By Hilton Mall of America have filed a Stipulation of Dismissal (Doc. No. 14). Based on that Stipulation, MSP Bloomington LLC *d/b/a* Home 2 Suites By Hilton Mall of America is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERD ACCORDINGLY.**

Dated: May 3, 2024                    *s/ Jerry W. Blackwell*
                                       JERRY W. BLACKWELL
                                       United States District Court Judge

2924879