# UNITED STATES DISTRICT COURT
## District of Minnesota

Gary Scherer,

           Plaintiff,

v.

MSP Bloomington LLC,

           Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-00180 (JWB/LIB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: MSP Bloomington LLC d/b/a Home 2 Suites By Hilton Mall of America is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 5/6/2024

KATE M. FOGARTY, CLERK